UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER LEE RICE, JR.,

        Plaintiff,                        Case No. 2:16-cv-11775
                                                   Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the order granting Plaintiff's motion for summary judgment and denying Defendant's motion for summary judgment entered on Monday June 26, 2017,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Plaintiff and against Defendant.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **REVERSED** and that the matter is **REMANDED** to the Commissioner of Social Security for action in accordance and consistent with the Court's order.

Dated: June 26, 2017                        s/Anthony P. Patti
                                               Anthony P. Patti
                                               UNITED STATES MAGISTRATE JUDGE